AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\_\_\_\*\*\*\*\*\_\_\_\_\_DISTRICT OF  NEVADA

November 14, 2012

X FILED / ENTERED / RECEIVED / SERVED ON COUNSEL/PARTIES OF RECORD

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

SIMON CHEFFINS and )
GREGORY JONES, )
 )
      Plaintiffs, )
vs. )
 )
MICHAEL B. STEWART, )
 )
      Defendant. )
_____/

**AMENDED**

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:  3:09-cv-00130-RAM**

\_\_\_\_\_  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_\_\_  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

that Defendant is awarded attorneys fees in amount of $44,496.00 and costs taxed in amount of $3,495.21 against Plaintiffs.

Lance S. Wilson                            November 14, 2012

Clerk                                        Date



/s/ Lance S. Wilson