AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*  DISTRICT OF  NEVADA

FILED / ENTERED
November 14, 2012
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY _____ DEPUTY

| | |
|---|---|
| SIMON CHEFFINS and GREGORY JONES, <br><br> Plaintiffs, <br> vs. <br><br> MICHAEL B. STEWART, <br><br> Defendant. | **AMENDED** <br> **JUDGMENT IN A CIVIL CASE** <br><br> CASE NUMBER:  3:09-cv-00130-RAM |

____  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

____  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 X    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**:

that Defendant is awarded attorneys fees in amount of $44,496.00 and costs taxed in amount of $3,495.21 against Plaintiffs.

Lance S. Wilson
Clerk

*Lance S. Wilson* (signature)

November 14, 2012
Date